UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA CARMICHAEL,

    Plaintiff,

v

MENARD, INC.,

    Defendant.

CASE NO.
HON.
MAG.

| | |
|---|---|
| Joshua T. McFarland (P75437)<br>Jay Trucks & Associates, P.C.<br>Attorneys for Plaintiff<br>600 Pine Street<br>Clare, MI 48617<br>(989) 386-3456/Fax: 989-386-7470<br>josh@jtrucks.com | David A. Couch (P57010)<br>Garan Lucow Miller, P.C.<br>Attorneys for Defendant<br>665 Seward Avenue N.W., Ste. 302<br>Grand Rapids, MI 49504<br>(616) 742-5500/Fax: 616-742-5566<br>dcouch@garanlucow.com |

**NOTICE OF REMOVAL OF CAUSE TO THE UNITED STATES
DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

TO:    Joshua T. McFarland
          Attorneys for Plaintiff

NOW COMES the Defendant, by and through its attorneys Garan Lucow Miller, P.C., and in support of this Notice of Removal of Cause to the United States District Court for the Western District of Michigan, Southern Division, states as follows:

1.    That on or about September 7, 2023, the Plaintiff commenced this cause of action in the Circuit Court for the County of Mecosta, State of Michigan, by filing a Summons and Complaint against the Defendant, Menard, Inc.  (**Exhibit A**, Plaintiff's Complaint).

2. That on or about September 26, 2023, the Plaintiff did cause the Summons and Complaint to be served on Defendant, Menard, Inc. through its registered agent, CSC. (**Exhibit B**).

3. That this civil action is a suit at common law for negligence, and the amount in controversy, inclusive of interest and costs, and upon information and belief and based upon representations about Ms. Carmichael's medical liens and the possible need for future treatment, is now believed to be in excess of the sum of $75,000 and otherwise within the original jurisdiction of this Court pursuant to 28 USC §1332(a).

5. That the Plaintiff is seeking damages as the result of an incident that allegedly occurred on December 3, 2022 against the Defendant which is described in Plaintiff's Complaint in Paragraphs 5 through 11 of **Exhibit A**.

6. The Plaintiff alleges that she was present in the Defendant's store, located in Big Rapids, MI, on December 3, 2022 when, due to the Defendant's negligence, she slipped and fell to the ground with great force and violence and suffered severe, grievous, and permanent personal injuries, disabilities, and damages, the full extent and character of which are currently unknown but which include, and are not limited to, her neck, right shoulder, left knee, low back, pelvis, right hip, and extreme physical and emotional suffering.

7. Based upon the foregoing serious allegations as contained in the Plaintiff's Complaint, Ms. Carmichael's claimed amount in controversy against the Defendant is now reasonably believed to have a value in excess of the sum of $75,000 and is now otherwise squarely within the jurisdiction of this Court pursuant to 28 USC §1332(a).

8. The Defendant submits that this action involves a controversy between citizens of different states, in that:

      (A)    Plaintiff, Linda Carmichael, was, and at the time of the commencement of this action, a citizen of the County of Osceola, State of Michigan. (**Exhibit A**, paragraph 1);

      (B)    Defendant, Menard, Inc., was, and at the time of the commencement of this action, and remains incorporated under the laws of the State of Wisconsin, and by virtue of said incorporation was, and is, a citizen of the State of Wisconsin, and is not a citizen of the State of Michigan; and

      (C)    Defendant, Menard, Inc., had, at the time of the commencement of this action, and now has, its principal place of business in the State of Wisconsin, and is not a citizen of the State of Michigan by reason of its principal place of business.

9.    That this Notice of Removal is not being filed with this Court within 30 days of the Plaintiff's original service of the Summons and Complaint on the agent for Defendant, Menard, Inc. However, the Plaintiff's initial pleading did not pray for damages or represent damages in excess of $75,000, but it has since been determined that the Plaintiff intends to seek an amount within this Court's jurisdiction, and not more than one year has passed. The Plaintiff kindly granted the Defendant a requested extension upon which the defense also relies and requests that the Court deem the removal to otherwise be proper as required by 28 USC §1446.

10.    That written notice of the filing of this removal has been given to the adverse party as required by law, and a copy of the Notice of Removal has been filed with the Clerk of the Court for the County of Mecosta, State of Michigan by regular mail.

11.    Attached is a copy of all process and pleadings which were served upon the Defendant in this cause. (**Exhibits A and B**).

WHEREFORE, the Defendant respectfully requests that this Honorable Court enter an order removing this cause of action from the Circuit Court for the County of Mecosta, State of Michigan, to the United States District Court for the Western District of Michigan, Southern Division.

Dated: November 7, 2023         GARAN LUCOW MILLER, P.C.
                                Attorneys for Defendant


                                By: */s/ David A. Couch*
                                    David A. Couch (P57010)


## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: All ECF Attorney(s) of Record on this case.

I hereby certify that I have mailed by United States Postal Service and emailed the paper to the following:

Joshua T. McFarland
Jay Trucks & Associates, P.C.
600 Pine Street
Clare, MI 48617
josh@jtrucks.com

                                /s/ *Stacie L. Hancock*
                                    Stacie L. Hancock

4

# EXHIBIT A

| Approved, SCAO | Original - Court<br>1st copy - Defendant | | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|
| **STATE OF MICHIGAN**<br>**JUDICIAL DISTRICT**<br>**49th JUDICIAL CIRCUIT**<br>**COUNTY** | **SUMMONS** | | **CASE NO.**<br>23- 27054 NO |

| Court address | Court telephone no. |
|---|---|
| 400 Elm Street, Big Rapids, MI 49307 | (231) 592-0784 |

| Plaintiff's name, address, and telephone no.<br>LINDA CARMICHAEL<br>1446 70th Avenue<br>Evart, MI 49631 | v | Defendant's name, address, and telephone no.<br>MENARD, INC.<br>14777 215th Avenue<br>Big Rapids, MI 49307 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>JOSHUA T. MCFARLAND (P75437)<br>JAY TRUCKS & ASSOCIATES, P.C.<br>600 Pine Street, Clare, MI 48617<br>(989) 386-3456, josh@jtrucks.com | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☒ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.
The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk. **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date * | Court clerk |
|---|---|---|
| 9-11-2023 | 12-11-2023 | Marcee Purcell ev |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23) **SUMMONS**     MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

Summons (3/23)                                                               Case No. 23-_____-NO

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the addressee (copy of return receipt attached)   a copy of the summons and complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____
Attachments (if any)                                                 Date and time

                                                    on behalf of
Signature

Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF MECOSTA

LINDA CARMICHAEL,

    Plaintiff,

-vs-

MENARD, INC.,

    Defendant.

**COMPLAINT**

Case No. 23-27054-NO

JOSHUA T. MCFARLAND (P75437)
JAY TRUCKS & ASSOCIATES, P.C.
Attorney for Plaintiff
600 Pine Street
Clare, MI 48617
(989) 386-3456
josh@jtrucks.com

/

    There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the Complaint.

Plaintiff, LINDA CARMICHAEL, says:

1. Plaintiff is a resident of Evart, Osceola County, Michigan.

2. Defendant, MENARD, INC., is a business which operates a store located in Big Rapids, Mecosta County, Michigan.

3. The incident that is the subject matter of this Complaint occurred in Defendant's Big Rapids store in Mecosta County, Michigan.

4. On December 3, 2022, Plaintiff was an invitee at Defendant's business, as she was shopping at Defendant's store located at 14777 215th Avenue, Big Rapids, MI 49307.

5. While present in the store, Plaintiff slipped and fell in a shopping aisle.

6. After her fall, Plaintiff discovered that she had slipped and fell due to the presence of a puddle of water, which was caused by a leak in the roof of Defendant's store.

7. Despite the presence of a roof leak and water on the floor, no caution signage was present to warn patrons in the store of the presence of this hazard.

8. At all relevant times, Defendant owed Plaintiff, an invitee, the following duties and obligations, including, but not limited to:

   a. To maintain the premises in a reasonably safe condition;

   b. To exercise due care and caution in the maintenance of its premises;

   c. To inspect for hazards, dangers, and improper conditions at the premises of which they knew or should have known;

   d. To warn, advise, and instruct invitees regarding potentially dangerous conditions on the premises of which they knew or should have known;

   e. To repair all defective and dangerous conditions on the premises of which they knew or should have known.

2

9. Notwithstanding the existence of the above duties, Defendant negligently breached all of the aforementioned duties and obligations, including, but not limited to, the following:

   a. Failing to inspect the premises for hazards, including the presence of roof leaks and water on the floor;

   b. Failing to remedy any hazards such as the one Plaintiff encountered;

   c. Failing to warn of potential hazards like the one Plaintiff encountered.

10. As a result of Defendant's negligent acts and omissions, Plaintiff sustained an injury to her neck, right shoulder, left knee, lower back, pelvis, right hip, and all other injuries as the proofs may show.

11. As a direct result of the injuries, Plaintiff has and will or may suffer the following damages:

   a. Physical pain;

   b. Emotional suffering;

   c. Mental anguish and psychological trauma;

   d. Fright and shock;

   e. Denial of social pleasure and enjoyment;

   f. Embarrassment, humiliation, or mortification;

   g. Disability;

   h. Disfigurement;

   i. Aggravation of a pre-existing, dormant, or latent ailment or condition;

    j.    Future damages, pain, and limitations arising from continued use and the aging process in combination with the injury;

    k.    Medical bills and liens related to this incident, which are the responsibility of Defendant; and

    l.    Any and all other damages as the proofs may show.

WHEREFORE, Plaintiff demands judgment from Defendant for whatever amount Plaintiff is found to be entitled in law and equity which is in excess of Twenty-five Thousand ($25,000.00) Dollars, together with costs, interest, and attorney fees.

Depositions will be used for all permitted purposes, MCR 2.302(h), and filed, MCR 306(f)(3).

Plaintiff requests scheduling of a pre-trial, MCR 2.401.

Plaintiff moves for case evaluation and mediation, MCR 2.403.

Dated: September 7, 2023

                                                  */s/ Joshua T. McFarland*
JOSHUA T. MCFARLAND (P75437)
JAY TRUCKS & ASSOCIATES, P.C.
Attorney for Plaintiff
600 Pine Street
Clare, MI 48617
(989) 386-3456
josh@jtrucks.com

4

# EXHIBIT B



# Notice of Service of Process

null / ALL
**Transmittal Number: 27712908**
Date Processed: 09/26/2023

| | |
|---|---|
| **Primary Contact:** | Jaime Schroeder<br>Menard, Inc.<br>5101 Menard Dr<br>Eau Claire, WI 54703-9604 |
| **Electronic copy provided to:** | Jim McMenomy<br>Meghan Olson<br>Nikki LaPointe<br>Todd Lemanski |
| **Entity:** | Menard, Inc.<br>Entity ID Number  0033810 |
| **Entity Served:** | Menard, Inc |
| **Title of Action:** | Linda Carmichael vs. Menard, Inc. |
| **Matter Name/ID:** | Linda Carmichael vs. Menard, Inc. (14650052) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | 49th Circuit Court, MI |
| **Case/Reference No:** | 23-27054 |
| **Jurisdiction Served:** | Michigan |
| **Date Served on CSC:** | 09/26/2023 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Jay Trucks & Associates, P.C.<br>989-386-3456 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LINDA CARMICHAEL,

      Plaintiff,                                   CASE NO.
                                                       HON.
v                                                           MAG.

MENARD, INC.,

      Defendant.

| Joshua T. McFarland (P75437) | David A. Couch (P57010) |
|---|---|
| Jay Trucks & Associates, P.C. | Garan Lucow Miller, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 600 Pine Street | 665 Seward Avenue N.W., Ste. 302 |
| Clare, MI 48617 | Grand Rapids, MI 49504 |
| (989) 386-3456/Fax: 989-386-7470 | (616) 742-5500/Fax: 616-742-5566 |
| josh@jtrucks.com | dcouch@garanlucow.com |

## **AFFIDAVIT**

STATE OF MICHIGAN    )
                                   ) ss
COUNTY OF KENT       )

      DAVID A. COUCH, being first duly sworn, deposes and says, that he is associated with the law firm of GARAN LUCOW MILLER, P.C. and that he has been charged with the defense and representation of MENARD, INC., Defendant herein; that in such capacity he has prepared the foregoing Notice of Removal of Cause to the United States District Court for the Western District of Michigan, Southern Division, that the matters set forth in said Notice are true, except as to those matters stated herein to be upon information and belief as to which matters he is informed and believes same to be true.

Further deponent sayeth not.

By: */s/ David A. Couch*
David A. Couch (P57010)

Subscribed and sworn to before me
This 7th day of November 2023.

/s/ *Stacie L. Hancock*

Notary Public – Stacie L. Hancock
County of Kent, State of Michigan
Acting in Kent County, MI
My commission expires: 01/08/2024

2

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF MECOSTA

LINDA CARMICHAEL,

      Plaintiff,                                        CASE NO.  23-27054-NI

v                                                  HON. AMY C. CLAPP

MENARD, INC.,

      Defendant.

| Joshua T. McFarland (P75437) | David A. Couch (P57010) |
|---|---|
| Jay Trucks & Associates, P.C. | Garan Lucow Miller, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 600 Pine Street | 665 Seward Avenue N.W., Ste. 302 |
| Clare, MI 48617 | Grand Rapids, MI 49504 |
| (989) 386-3456 | (616) 742-5500 |
| josh@jtrucks.com | dcouch@garanlucow.com |

## NOTICE OF FILING OF REMOVAL

TO:    Clerk of the Court
          and
          Joshua T. McFarland

PLEASE TAKE NOTICE that a Notice of Removal of the above-entitled action from the Mecosta County Circuit Court, State of Michigan, to the United States District Court for the Western District of Michigan, a copy of which is attached hereto, was duly filed on November 7, 2023, in the United States District Court for the Western District of Michigan.

Dated:  November 7, 2023                      GARAN LUCOW MILLER, P.C.
                                                                    Attorneys for Defendant


                                                                     By: */s/ David A. Couch*
                                                                          David A. Couch (P57010)

2

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by faxing, mailing, electronic mailing, hand delivering, and/or overnighting same to them at their respective business addresses as disclosed by the pleadings of record herein with postage fully prepaid thereon on November 7, 2023.

                                       /s/ *Stacie L. Hancock*
                                          Stacie L. Hancock