UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA CARMICHAEL,

        Plaintiff,

Case No. 1:23–cv–01188–HYJ–RSK

v.

Hon. Hala Y. Jarbou

MENARD, INC.,

        Defendant.
_____/

## ORDER

The Court having reviewed the parties' stipulation for dismissal (ECF No. 25), **IT IS ORDERED** that the parties' stipulation for dismissal (ECF No. 25) is **GRANTED**; this action is **DISMISSED** with prejudice. This is a final order and resolves all claims against all parties.

IT IS SO ORDERED.

Dated:  November 8, 2024                           /s/ Hala Y. Jarbou
                                                           HALA Y. JARBOU